THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARJORIE OGILVIE,<br><br>        Plaintiff,<br> v.<br>THRIFTY PAYLESS INC., a Washington Pennsylvania Corporation; and<br>ASSA ABLOY Entrance Systems US Inc., a Connecticut corporation,<br><br>        Defendants. | Case No.: 2:18-cv-00718-JLR<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**NOTED FOR CONSIDERATION:<br>May 12, 2020** |

### I. STIPULATION

COMES NOW DEFENDANT ASSA ABLOY ENTRANCE SYSTEMS US INC., through their attorneys, R. Scott Fallon and Eden E. Goldman, PLAINTIFF MARJORIE OGILVIE, through her attorney, Steven G. Phillips, and DEFENDANT THRIFTY PAYLESS INC. through their attorneys John R. Barhoum and Jessica Lancaster stipulate and request to continue trial to the end of the Court's trial calendar.

1. On May 5, 2020, the parties jointly filed a "Stipulation and Order to Adjust Minute Order Setting Trial Dates and Related Dates."

2. On May 12, 2020, the Court denied the Motion, but stated "If the parties would like to move their trial date to the end of the court's trial calendar, they may file a stipulation to so notify the court. The parties should be aware that the court is presently setting trials in approximately the summer of 2021." (Document 45)

3. The parties are in agreement that they would like to move their current trial to the end of the Court's trial calendar. Accordingly, Defendants and Plaintiff request a continuance of the current trial and accompanying dates to the Court's earliest available date at the end of the trial calendar, with the understanding that this will be summer 2021. Given the Jewish High Holidays, the parties request the Court not assign a trial date during the first two weeks in September 2021. The parties are otherwise available.

STIPULATION DATED this 12th day of May, 2020.

*s/Steven G. Phillips*
*Attorney for Plaintiff*
Steven G. Phillips, WSBA #22789
LAW OFFICE OF JAY CAREY
P.O. Box 190
420 North McLeod
Arlington, WA 98223

*s/R. Scott Fallon*
*s/Eden E. Goldman*
*Attorney for Defendant Assa Abloy Entrance Systems US Inc.*
R. Scott Fallon, WSBA #2574
Eden E. Goldman, WSBA #54131
155 NE 100th Street, Suite 401
Seattle, WA 98125

*s/John R. Barhoum*
*s/Jessica Lancaster*
*Attorney for Defendant Thrifty Payless*
John R. Barhoum, WSBA #42776
Jessica Lancaster
CHOCK BARHOUM LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204

### I. ORDER

THIS MATTER having come before the Court on the stipulated motion of Defendants and Plaintiff to adjust the Minute Order Setting Trial Dates and Related Dates in this matter, the Court being fully appraised after reviewing the record and finding the motion to in the order, NOW THEREFORE

IT IS HEREBY ORDERED that the current trial date is continued to August 2, 2021. The Court will issue a new Scheduling Order accordingly.

SIGNED THIS 14th day of May, 2020.

JAMES L. ROBART
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the following document(s):

1. STIPULATION AND ORDER TO CONTINUE TRIAL

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**

Steven G. Phillips
LAW OFFICES OF JAY CAREY
P.O. Box 190
420 North McLeod
Arlington, WA 98223
steve@jaycareylaw.com

**Attorneys for Defendant Thrifty PayLess Inc.:**

John R. Barhoum
CHOCK BARHOUM LLP
121 sw Morrison Street, Suite 415
Portland, OR 97204
john.barhoum@chockbarhoum.com

Cheryl Erickson
FALLON McKINLEY PLLC
155 100th Street, Suite 401
Seattle, WA  98125
Tel:  206-682-7580
Fax:  206-682-3437
cheryl@fallonmckinley.com